UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:    CLYDE SHANE HATTON                                                              CASE NO: 15-91762

DEBTOR(s)

**TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS
AND NOTICE OF RESPONSE DEADLINE**

Comes now Joseph M. Black, Jr., ("Trustee") and files this First Omnibus Objection to Claims ("Objection"), pursuant to Fed.R.Bankr.P. 3007(d).  **Claimants receiving the Objection should locate their names and claims in the list below.**

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** of the date of this notice [or for such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)].  Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

**New Albany**, 110 U.S. Courthouse, 121 W Spring St, New Albany, IN   47150

The responding party must ensure delivery of the response to the party filing the objection.  **If a response is NOT timely filed, the requested relief may be granted.**  If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

If you agree with the Objection and the Trustee's proposed treatment of your claim, you do not need to respond.

Court's Claim **#007:**    **United Consumer Financial Services (secured – Kirby Cleaning system)**
Grounds for Objection:   claim filed secured but creditor has no security interest
Proposed Treatment:    claim to be treated as _GENERAL UNSECURED_

WHEREFORE, the Trustee, Joseph M. Black, Jr., moves the Court for an order as set forth above.

DATED:    February 25, 2016

                                                                                Respectfully submitted,

                                                                                 /s/ Joseph M. Black, Jr.,
                                                                                Joseph M. Black, Jr., Trustee
                                                                                PO Box 846
                                                                                Seymour, IN   47274
                                                                                Phone: (812)524-7211
                                                                                Fax:    (812) 523-8838
                                                                                Email:  jblacktrustee@trustee13.com

*** *The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.* ***

CERTIFICATE OF SERVICE

      I hereby certify that on <u>February 25, 2016</u>, a copy of TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

William J Schenck     Crystal@waltonlegal.net
U.S. Trustee  <u>ustpregion10.in.ecf@usdoj.gov</u>

      I further certify that on <u>February 25, 2016</u>, a copy of the TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

Clyde Shane Hatton, 292 Matthew Dr., Seymour, IN  47274
United Consumer Financial Services, Bass & Associates, PC, 3936 E Ft. Lowell Rd, Suite #200, Tucson, AZ  85712

      /s/ Joseph M. Black, Jr.
      Joseph M. Black, Jr., Trustee

*** *The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.* ***