SO ORDERED: March 29, 2016.

**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: CLYDE SHANE HATTON

Debtor(s)                                          CASE NO: 15-91762-BHL-13

### ORDER GRANTING TRUSTEE'S
### FIRST OMNIBUS OBJECTION (DOC. 30)

The Chapter 13 Trustee, Joseph M. Black Jr., filed his FIRST Omnibus Objection on February 25, 2016, and the response time expired on March 28, 2016.

The Court, after reviewing the Trustee's objection, HEREBY grants the Trustee's proposed treatment of all claims listed.

Therefore, it is ORDERED, ADJUDGED AND DECREED that the Trustee's FIRST Omnibus Objection shall be Sustained.  It is further ORDERED that the proposed treatment(s) by the Trustee is GRANTED.

The Office of the Chapter 13 Trustee will distribute this order.

###

JMB